UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:24-CV-133-CRS

MARLAA D. JACKSON                                                           PLAINTIFF

v.

TONYA YOUNG                                                            DEFENDANT

**<u>ORDER</u>**

This matter is before the Court on the Court's own motion. On May 17, 2025, an Order for Meeting and Report was issued by the Clerk's Office. However, plaintiff is in custody of the McCracken County Jail, thus this action is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv) ("The following proceedings are exempt from initial disclosure . . . (iv) an action brought without an attorney by a person in custody of the United States, a state, or a state subdivision.").

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order for Meeting and Report (**DN 17**) is **VACATED**. The parties are directed to the deadlines issued on April 18, 2025 (DN 11) as those deadlines will govern the development of the action.

June 2, 2025

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Counsel of Record
      Plaintiff Marlaa D. Jackson, *Pro se*